UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  3:24-CR-00167-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DEMARIO MONTRELL RODGERS (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# ORDER

The Report and Recommendation of the Magistrate Judge [Doc. No. 40] having been considered, together with the Objection [Doc. No. 41] filed by Defendant Demario Montrell Rodgers ("Rodgers"), and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the Motion to Suppress [Doc. No. 19] filed by Rodgers is **DENIED**.

**MONROE, LOUISIANA**, this 29th day of January 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE